UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON EARL BARRETT,
Plaintiff,

v.

DEERING,
Defendant.

Case No. 26-cv-04003-RS (PR)

**ORDER OF DISMISSAL**

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. (Dkt. Nos. 9 and 10.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must have the words MOTION TO REOPEN written on the first page. The motion must be accompanied by an amended complaint on this Court's form that complies with the instructions given in a prior order by Judge DeMarchi. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 28, 2026

RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California